IN THE UNITED STATES DISTRICT COURT
FOR NEBRASKA

| | |
|---|---|
| TONIA ACKERMAN and DENNIS ACKERMAN,<br><br>　　Plaintiffs,<br><br>v.<br><br>U-PARK, INC.,<br><br>　　Defendant. | CASE NO. 8:17-CV-209<br><br>**DEFENDANT'S *DAUBERT*<br><br>MOTION IN LIMINE<br><br>AND REQUEST FOR HEARING** |

　　COMES NOW the Defendant U-Park, Inc., by and through its attorneys of record, and hereby submits the following Motion in Limine by which the Defendant requests an order prohibiting the testimony of Plaintiffs' expert witness Philip Wayne with respect to those opinions stated in his expert report, which is attached hereto as Exhibit A. Also attached is the deposition transcript of Mr. Wayne, which provides factual context for the motion.

　　As discussed in the accompanying brief, Mr. Wayne's testimony should be excluded pursuant to standards set out in Fed. R. Evid. 702 and *Daubert v. Merrell-Dow Pharmaceuticals*, 509 U.S. 579 (1993), because his opinions are legally irrelevant and admittedly not based on evidence of necessary facts to support them.

　　Defendant hereby requests that the Court set a hearing on said Motion.

　　DATED this 14th day of December 2018.

　　　　　　　　　　　　　　　　U-PARK, INC, Defendant

　　　　　　　　　　By:　*/s/Michael T. Gibbons*
　　　　　　　　　　　　　Michael T. Gibbons, #21263
　　　　　　　　　　　　　Raymond E. Walden, #16952
　　　　　　　　　　　　　Woodke & Gibbons, P.C., L.L.O.
　　　　　　　　　　　　　Historic Inns of Court Building
　　　　　　　　　　　　　619 North 90th Street
　　　　　　　　　　　　　Omaha, Nebraska 68114
　　　　　　　　　　　　　Phone: (402) 391-6000
　　　　　　　　　　　　　Fax: (402) 391-6200
　　　　　　　　　　　　　Email: mgibbons@woglaw.com
　　　　　　　　　　　　　rwalden@woglaw.com
　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      It is hereby certified that a copy of the above and foregoing document was mailed by regular U.S. Mail, postage pre-paid, to the below-listed attorney of record on the 14th day of December 2018:

Guy R. Cook
Grefe & Sidney, P.L.C.
500 E. Court Ave., Ste. 200
P.O. Box 1434
Des Moines, IA 50306

                                                          */s/Michael T. Gibbons*