IN THE UNITED STATES DISTRICT COURT
FOR NEBRASKA

| TONIA ACKERMAN and DENNIS ACKERMAN, | Case No. 8:17-CV-209 |
|---|---|
| Plaintiffs, | |
| v. | **PLAINTIFF'S APPENDIX IN RESISTANCE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| U-PARK, INC, | |
| Defendants. | |

COME NOW Plaintiffs, Tonia Ackerman and Dennis Ackerman, by and through their undersigned counsel, and hereby submit this appendix of exhibits in resistance to Defendant's Motion for Summary Judgment.

| **Exhibit** | **Description** |
|---|---|
| 1 | Deposition of Joseph Schmitt, including Dep. Exs. 5, 6, 13 |
| 2 | Selections from the Deposition of Tonia Ackerman, pp. 1-5, 84-136, 188-191 |
| 3 | Deposition of Phillip Wayne, including Dep. Ex. 28 (Wayne Report) |
| 4 | Portions of Deposition Exhibit 27 |
| 5 | Deposition of Jeremy Swenson |
| 6 | Report of Jeremy Swenson |

Respectfully submitted,

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on January 18, 2019, by E-mail

/s/   *Sara Pottebaum*

Copy to:

Michael T. Gibbons
Woodke & Gibbons, P.C., L.L.O.

GREFE & SIDNEY, P.L.C.

By: /s/ *Guy R. Cook*
    Guy R. Cook

500 E. Court Ave., Ste. 200
Des Moines, IA  50309
Phone:  515/245-4300
Fax: 515/245-4452

1

Historic Inns of Court Building
619 North 90th Street
Omaha, NE 68114
mgibbons@woglaw.com

ATTORNEY FOR DEFENDENT

gcook@grefesidney.com

COUNSEL FOR PLAINTIFFS

2