

EXHIBIT 4

































