IN THE UNITED STATES DISTRICT COURT
FOR NEBRASKA

| | |
|---|---|
| TONIA ACKERMAN and DENNIS ACKERMAN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>U-PARK, INC,<br><br>　　　　Defendants. | Case No. 8:17-CV-209<br><br>**AFFIDAVIT OF GUY R. COOK RE: EVIDENTIARY SUBMISSIONS IN SUPPORT OF PLAINTIFFS' RESISTANCE TO DEFENDANT'S MOTION FO RSUMMARY JUDGMENT AND *DAUBERT* MOTION IN LIMINE** |

COMES NOW the undersigned affiant, being first duly sworn and upon oath to depose and state as follows:

1.　My name is Guy R. Cook, I have been practicing law for over 35 years and have first-hand knowledge of the facts contained herein.

2.　I am the lead attorney for the Plaintiffs in the above-captioned matter.

3.　In the course of this suit, I have participated the depositions of certain witnesses, including Joseph Schmitt, Tonia Ackerman, Phillip Wayne, and Jeremy Swenson.

4.　On this 18th day of January, 2019, I have caused true and accurate copies of the deposition transcripts for the aforesaid witnesses to be attached to the Evidentiary Submission filings related to the Plaintiffs' Resistance to Defendant's Motion for Summary Judgment and Defendant's *Daubert* Motion in Limine. With respect to the deposition of Tonia Ackerman, only the pages pertinent to the said Resistance were included.

1

5. I also caused to be attached to the said Evidentiary Submission a portion of Deposition Exhibit 27, Jeremy Swenson's expert report and Phillip Wayne's CV. The portion of Deposition Exhibit 27 is a true and accurate copy of the documents marked by the court reporter during such depositions.

FURTHER AFFIANT SAYETH NOT.

_____
Guy R. Cook, Affiant